```
              DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN

WILNICK DORVAL,                      )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )   Civil No. 2016-50
                                     )
SAPPHIRE VILLAGE CONDOMINIUM         )
ASSOCIATION, JAQUELINE LINDBERG,     )
BERNARD VANSLUYTMAN, JOANNE          )
LEVESQUE, CLARENCE LEVESQUE,         )
LOURDES CORDERO, THOMAS CORDERO,     )
SIDNEY JARVIS, NICHOLAS              )
OVERMYER, RICHARD W. O'DELL,         )
MICHELE LANGE, TODD FARRAND,         )
NORA IBRAHIM, JONATHON MORGAN,       )
SARAH WHYTE, ELLEN HANSEN,           )
MICHAEL BAIRD, MATTHEW SWOPE,        )
MARK MAROLE, MADLON JENKINS          )
RUDZIAK, JAMES KOULOURIS,            )
                                     )
          Defendants.
```

APPEARANCES:

**Wilnick Dorval**
St. Thomas, U.S.V.I.
     *Pro se plaintiff,*

                           <u>ORDER</u>

**GÓMEZ, J.**

     Before the Court is the request of the plaintiff, Wilnick Dorval, for a temporary restraining order.

     A temporary restraining order may be issued without notice to an adverse party or her attorney only if the petitioner avers to specific facts in a verified complaint or affidavit "that clearly shows that immediate and irreparable injury, loss, or

Dorval v. Sapphire Village Condominium Owners Association, et al
Civ. No. 2016-50
Order
Page 2

damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). Additionally, the petitioner must show: (1) a reasonable probability of success on the merits; (2) irreparable injury will occur to the movant if relief is not granted; (3) less harm will result to the non-movant if the relief is granted than to the movant if the relief is not granted; and (4) the public interest, if any, weighs in favor of the movant. *Gerardi v. Pelullo*, 16 F.3d 1363, 1373 (3d Cir. 1994) (describing factors for issuing preliminary injunction); *see also Bieros v. Nicola*, 857 F. Supp. 455, 456 (E.D. Pa. 1994) (noting that the standards for issuing a temporary restraining order are identical to those for the issuance of a preliminary injunction).

    The premises considered; it is hereby

    **ORDERED** that the motion for a temporary restraining order is **DENIED**.

    S\_____
        **Curtis V. Gómez**
        **District Judge**