```
              DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN

WILNICK DORVAL,                        )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )   Civil No. 2016-50
                                       )
SAPPHIRE VILLAGE CONDOMINIUM           )
ASSOCIATION, JAQUELINE LINDBERG,       )
BERNARD VANSLUYTMAN, JOANNE            )
LEVESQUE, CLARENCE LEVESQUE,           )
LOURDES CORDERO, THOMAS CORDERO,       )
SIDNEY JARVIS, NICHOLAS                )
OVERMYER, RICHARD W. O'DELL,           )
MICHELE LANGE, TODD FARRAND,           )
NORA IBRAHIM, JONATHON MORGAN,         )
SARAH WHYTE, ELLEN HANSEN,             )
MICHAEL BAIRD, MATTHEW SWOPE,          )
MARK MAROLE, MADLON JENKINS            )
RUDZIAK, JAMES KOULOURIS,              )
                                       )
          Defendants.
```

APPEARANCES:

**Wilnick Dorval**
St. Thomas, U.S.V.I.
    *Pro se plaintiff,*

## ORDER

**GÓMEZ, J.**

The Court has been advised that the above action cannot proceed to trial and disposition because it is the subject of proceedings before the United States Court of Appeals for the Third Circuit.

The premises considered, it is hereby

*Dorval v. Sapphire Village Condominium Owners Association, et al*
Civ. No. 2016-50
Order
Page 2

     **ORDERED** that the Clerk of the Court shall designate this action as a suspense matter; it is further

     **ORDERED** that this matter shall be included in the Civil Suspense Docket; it is further

     **ORDERED** that this matter shall be removed from the active trial docket; it is further

     **ORDERED** that the parties shall advise the Court when the matter before the United States Court of Appeals for the Third Circuit is concluded; it is further

     **ORDERED** that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; and it is further

     **ORDERED** that this order shall not prejudice the rights of the parties to this litigation.

     S\_____
          **Curtis V. Gómez**
          **District Judge**